## MEDIATION REFERRALS

The following case has been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2007–2181.   Hudson City School Dist. Bd. of Edn. v. Summit Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–M–1566.

## CASE ANNOUNCEMENTS
*December 3, 2007*

[Cite as *12/03/2007 Case Announcements,* 2007-Ohio-6378.]

## MISCELLANEOUS DISMISSALS

**2007–1712.   Washington Mut. Bank, F.A. v. Aultman.**
Champaign App. No. 2006 CA 25, 2007-Ohio-3706. This cause is pending before the court as a certified conflict from the Court of Appeals for Champaign County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

## CASE ANNOUNCEMENTS
*December 4, 2007*

[Cite as *12/04/2007 Case Announcements,* 2007-Ohio-6441.]

## MOTION AND PROCEDURAL RULINGS

**2007–0619.   State ex rel. Angelo Benedetti, Inc. v. Indus. Comm.**
Franklin App. No. 06AP–165. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of the joint motion to refer this case back to mediation,

It is ordered by the court that this motion is granted.

The court refers this case to mediation under S.Ct.Prac.R. XIV(6) and stays the briefing schedule for this case until further notice.